UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-61031-Civ-Cohn/Seltzer

FEDERICO LUZZI, by and through
Francesca Luzzi in her capacity as the
Personal Representative of the Estate of
Federico Luzzi, GIORGIO GALIMBERTI,
ALESSIO DI MAURO, POTITO STARACE,
and DANIELE BRACCIALI,

    Plaintiffs,
v.

ATP TOUR, INC. and INTERWETTEN, AG,

    Defendants.
_____/

## ORDER GRANTING IN PART MOTION TO STAY PENDING RESOLUTION OF JURISDICTIONAL ISSUE

THIS CAUSE is before the Court upon Defendant ATP Tour's Motion to Modify Order Setting Calendar Call and Trial Date and to Stay All Proceedings Pending Determination of Motion to Dismiss [DE 15]. The motion was filed August 19, 2009, making a response not due until Tuesday, September 8, 2009. The Court will assume that Plaintiff opposes the motion. The Court has carefully considered the motion and is otherwise fully advised in the premises.

Defendant ATP seeks a stay of all proceedings in this case, including the September 4, 2009 scheduling conference before United States Magistrate Judge Barry Seltzer, until the Court resolves its pending motion to dismiss for lack of subject matter jurisdiction. Recently, after counsel for Plaintiff contacted chambers to seek a later date for the hearing on the motion to dismiss, it became apparent that counsel for Defendant would be traveling from Jacksonville to Fort Lauderdale solely for the scheduling conference. If the motion to stay were granted, such travel would be unnecessary.

The Court notes that though the motion to stay was filed two weeks ago, under the Local Rules, Plaintiff's response to the motion to stay is not due until after the Labor Day weekend. The Court did not direct an expedited response to the motion to stay because at the time it was filed, the Court did not realize that the Scheduling Conference was set for September 4, 2009, as the motion did not specifically reference the scheduling conference.

The Court therefore assumes that Plaintiff opposes the motion to stay. Nonetheless, even assuming such opposition, the Court will grant the partial relief of directing Magistrate Judge Seltzer to continue the scheduling conference to his next regularly scheduled day for such conferences, which the Court understands to be September 23, 2009, a date by which the Court hopes to rule upon the motion to dismiss. Such relief to Defendant would avoid possibly unnecessary travel, with a minimal delay in this case and thus *de minimus* prejudice to Plaintiff.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant ATP Tour's Motion to Modify Order Setting Calendar Call and Trial Date and to Stay All Proceedings Pending Determination of Motion to Dismiss [DE 15] is hereby **GRANTED in part**;

2. The Scheduling Conference should be continued to the Magistrate Judge's next day for such conferences after September 18, 2009.

**DONE AND ORDERED** in chambers in Fort Lauderdale, Broward County, Florida, this 3rd day of September, 2009.

*[signature]*
JAMES I. COHN
United States District Judge

cc: Counsel of record on CM/ECF