UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Federico Luzzi, et al.,

        Plaintiffs,

vs.                                Case No.  3:09-cv-1155-J-32MCR

ATP Tour, Inc.,

        Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiffs' Unopposed Motion for Entry of

Stipulated Protective Order (Doc. 65) filed March 8, 2010.  Pursuant to Rule 26(c),

Federal Rules of Civil Procedure, the Court finds good cause for the entry of a

confidentiality order in this case.  Furthermore, the Court believes entry of a

confidentiality order is appropriate to expedite the flow of discovery material, promote

the prompt resolution of disputes over confidentiality, and facilitate the preservation of

material arguably worthy of protection.  See McCarthy v. Barnett Bank of Polk County,

876 F.2d 89, 91 (11th Cir. 1989); In re Alexander Grant & Co. Litigation, 820 F.2d 352,

356 (11th Cir. 1987).

     The parties have attached a proposed Confidentiality Agreement and Stipulated

Protective Order (the "proposed Confidentiality Agreement") to the motion.  In reviewing

the proposed Confidentiality Agreement, the Court notes that while the parties

acknowledge the need to seek prior leave of Court before filing sealed documents in

paragraph 12, later, in paragraph 25, the proposed Confidentiality Agreement provides for the filing of sealed documents without prior approval of the Court. The parties should be aware that both public interest and Court policy discourage the filing of large volumes of information under seal. Leave of Court must be obtained **before** confidential material may be filed under seal. Accordingly, the Court has revised paragraph 25 of the proposed Confidentiality Agreement to provide that parties may promptly seek leave to present materials filed under seal. In the absence of a showing of clear necessity and a lack of viable alternatives, the parties should not expect Court approval of the routine submission of materials for in camera filings.

Accordingly, after due consideration, it is hereby

**ORDERED**:

Plaintiffs' Unopposed Motion for Entry of Stipulated Protective Order (Doc. 65) is **GRANTED**. The Court adopts the terms of the proposed Confidentiality Agreement drafted by the parties and attached to this Order, with the noted revision to paragraph 25. The parties are hereby bound by those terms.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this __10th__ day of March, 2010.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

-2-