**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FEDERICO LUZZI, et al.,

        Plaintiff,

vs.                                                 Case No. 3:09-cv-1155-J-32MCR

ATP TOUR, INC.,

        Defendant.

## **ORDER**

This case is before the Court on the Motion by ESPN, Inc. to Intervene, to Unseal Documents, and to Request a Hearing. (Doc. 124). ESPN is a sports news outlet which seeks to unseal certain documents involved in this litigation. (Doc. 124 at 6). Federal Rule of Civil Procedure 24 and precedent of the federal courts permit a news agency to intervene to challenge an order restricting access to judicial records. Fed. R. Civ. P. 24 (2010); see also, e.g., Press-Enterprise Co. v. Super. Ct. of Riverside Cnty., 478 U.S. 1, *in passim* (1986); Romero v. Drummond Co., 480 F.3d 1234, 1245 (11th Cir. 2007).

Accordingly, it is hereby

**ORDERED**:

1. ESPN's Motion to Intervene and Request for Hearing (Doc. 124) are **GRANTED** to the extent that ESPN may intervene for the purpose of moving to unseal certain documents.

2. The Court will hear argument on ESPN's Motion to Unseal Documents at the previously scheduled hearing on December 2, 2010 at 9:30 AM.

3. Any party, at its option, may file a written response to ESPN's motion to unseal before the hearing or seek leave to respond in writing after the hearing.

**DONE AND ORDERED** at Jacksonville, Florida this 29th day of November, 2010.

_____
TIMOTHY J. CORRIGAN
United States District Judge

bt.
Copies:

counsel of record