UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FEDERICO LUZZI, by and through Francesca Luzzi in her capacity as the Personal Representative of the Estate of Federico Luzzi, GIORGIO GALIMBERTI, ALESSIO DI MAURO, POTITO STARACE, and DANIELE BRACCIALI,<br><br>    Plaintiffs,<br><br>v.<br><br>ATP TOUR, INC.<br><br>    Defendant. | Civil Action<br>No. 3:09-cv-01155-TJC-MCR |

## NOTICE OF RULING ON APPEAL

Plaintiffs, pursuant to the Court's Order entered May 31, 2011 (Doc. 158), hereby provide notice that on June 30, 2011 the United States Court of Appeals for the Eleventh Circuit issued an order of dismissal granting Plaintiffs' voluntary motion to dismiss their appeal with prejudice. (Doc. 164.)

Dated this 6th day of July, 2011.

        Respectfully submitted,

        MILLER & MARTIN PLLC

        /s/ Ryan A. Kurtz
        Ryan A. Kurtz (*admitted pro hac vice*)
        Ga. Bar No. 430484
        rkurtz@millermartin.com
        Robert F. Parsley (*admitted pro hac vice*)
        Tenn. Bar No. 23819
        bparsley@millermartin.com
        1170 Peachtree Street, N.E.
        Suite 800
        Atlanta, GA 30309-7706
        Telephone: (404) 962-6458
        Facsimile: (404) 962-6358


        BEDELL, DITMAR, DEVAULT, PILLANS & COXE
        Charles P. Pillans III, Fla Bar No. 0100066
        Patrick P. Coll, Fla Bar No. 0084670
        The Bedell Building
        101 E. Adams Street
        Jacksonville, FL 32202
        Telephone: (904) 353-0211
        Fax: (904) 353-9307
        cpp@bedellfirm.com
        ppc@bedellfirm.com

        *Counsel for Plaintiffs Federico Luzzi ex rel. Francesca Luzzi, Giorgio Galimberti, Alessio Di Mauro, Potito Starace, and Daniele Bracciali*

# CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2011 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access this filing through the Court's electronic filing system.

This 6th day of July, 2011.

MILLER & MARTIN PLLC

By: /s/ Ryan A. Kurtz

1170 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-7706
Telephone: (404) 962-6458
Facsimile: (404) 962-6358