# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FEDERICO LUZZI, et al.,

    Plaintiffs,

vs.                         Case No. 3:09-cv-1155-J-32MCR

ATP TOUR, INC., et al.,

    Defendants.

## ORDER

The Court has been advised by the parties that the case has settled. Accordingly, it is now

**ORDERED:**

The hearing set for oral argument on October 28, 2011 is cancelled. The Clerk shall administratively close the case, pending the filing of final settlement papers.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of October, 2011.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies to:
Counsel of Record