**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FEDERICO LUZZI, et al.,

                Plaintiffs,

vs.                                     Case No. 3:09-cv-1155-J-32MCR

ATP TOUR, INC.,

                Defendant.

_____

## <u>ORDER</u>

      This case is before the Court on Defendant ATP Tour, Inc.'s Unopposed Motion Regarding Documents Filed Under Seal (Doc. 181). This Court previously entered an Order adopting the terms of a Confidentiality Agreement drafted by the parties (Doc. 66). Pursuant to the terms of the Confidentiality Agreement, ATP Tour moves for the Court to return the sealed documents to its counsel.

      Accordingly, it is hereby

      **ORDERED**:

      1. Defendant ATP Tour, Inc.'s Unopposed Motion Regarding Documents Filed Under Seal (Doc. 181) is **GRANTED**.

      2. The Clerk shall return all documents filed under seal to counsel for ATP Tour.

**DONE AND ORDERED** at Jacksonville, Florida this 18th day of October, 2011.

TIMOTHY J. CORRIGAN
United States District Judge

js.
Copies:

counsel of record